# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United Financial Casualty Company, a California Corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE STATUS** |
| vs. | ) ) | **CONFERENCE** |
| Fila-Mar Energy Services, LLC, Douglas Landis, Doman Farms Logistics, LLC, Doman Farms, and Nomarco, Inc. d/b/a Doman Farms, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| AND | ) ) | |
| Great West Casualty Company, | ) ) | Case No. 1:19-cv-075 |
| Intervenor Plaintiff | ) ) | |
| vs. | ) ) | |
| United Financial Casualty Company, Fila-Mar Energy Services, LLC, Douglas Landis, Doman Farms Logistics, LLC, Doman Farms, Nomarco, Inc. d/b/a Doman Farms, And John Doe Corporation No. I | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on March 3, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

1

Access Code: 8992581

Dated this 21st day of August, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court